21-cv-00361 DMR

RECEIVED
JAN 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

FILED
Jan 14 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To District Judge Jon. S Tigar

This is Andrew Overton here at R.J.D Due to the covid-19 protocol being violated There was a inmate by the name of sancho #BL-5216 he was bought over to Echo Yard from A-Yard were there's 400 cases of covid-19. I was at TTA with this inmate with covid-19 I only went over for a xray on my knee this guy was sneezing, coughing the whole time. He was in E-25 B-103 for a week prior to getting medical attention due to the negligence of R.J.D.C.F I contracted this virus and I have a heart disease, obesity and siezures The warden is kept in the blind a inmate by the name of Henry Luciero in E-25 B-102 died due to this covid protocol there keeping it a secret. This protocol they have here is a death sentence waiting to happen. I tested negative on 1st test but in my cell there were 3 confirmed cases they kept me around until I caught it from the 12-12-20 till 12-17-20 and now me and 30 other inmates are being punished with a 128 B write up after being Quarintined for 2 weeks they are mixing Positive with negative here

can you please help us advocate here because lives are being threatened and one life was already taken due to covid-19 protocol here at R.J.D I need to be heard Im a witness to this outbreak here on E-Yard and also a victim.

Andrew Overton V-65759
R.J.D.C.F B25 B-105₂ʟ
480 Alta Road
San Diego, CA 92179

Legal mail
Confidential

To District Judge Jon.s 759r
Oakland court house Rm #1 2nd Floor
1301 Clay st
Oakland, CA 91612

J VALAREZ 80563 12/28/20

**RJD INDIGENT**