UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW OVERTON,<br>　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br>　　　　Defendant. | Case No. 21-cv-00361-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff filed a letter, the Clerk sent him notices directing him to file a complaint on the proper form and to pay the filing fee or file an application to proceed *in forma pauperis* (IFP).  Plaintiff has not complied with the Clerk's Notices.  Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen.  Any such motion must contain a (1) complaint on this Court's form; and (2) a complete application to proceed IFP, or full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:**  March 2, 2021

　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　United States District Judge